BOARD OF EDUCATION OF THE TWP. OF BERNARDS, SOMERSET COUNTY v. BERNARDS TWP. EDUCATION ASSOCIATION.

June 27, 1978. Petition for certification granted.

STATE OF NEW JERSEY v. ALAN ABRAHAMS.

June 27, 1978. Petition for certification denied.

RICHARD ACKERMAN v. KRAMER CHEMICAL COMPANY.

June 27, 1978. Petition for certification granted. (See 158 *N. J. Super.* 128)

STATE BANK OF CHATHAM v.
LUANN BEAUTY SALON, INC.

June 27, 1978. Petition for certification denied.

THE BOARD OF TRUSTEES OF THE GREEK ORTHODOX CHURCH OF THE ASCENSION, INC. v. WILLIAM P. VERDON, EXECUTOR OF THE LAST WILL AND TESTAMENT OF TARSI POLYCHRONIS.

June 27, 1978. Petition for certification denied.